# PRIMMER PIPER EGGLESTON & CRAMER PC

*Attorneys at Law*

DOUGLAS J. WOLINSKY
dwolinsky@ppeclaw.com
TEL: (802) 864-0880
FAX: (802) 864-0328

150 SOUTH CHAMPLAIN STREET P.O. BOX 1489 BURLINGTON, VT 05402

December 22, 2010

**RECEIVED**
**DEC 27 2010**
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Diann M. Freeman
Alexander Pirnie Federal Building
10 Broad Street, Room 230
Utica, NY 13501

Re: John & Lori Hughes – Case No. 07-60718

Dear Diann:

Enclosed please find check number 101109 in the amount of $101.20, which represents unclaimed funds for the following creditor(s):

| Claim No. | Check No. | Amount | Claimant address |
|---|---|---|---|
| 1 | 10102 | $101.20 | Niagra Mohawk<br>Bankruptcy Processing Unit<br>PO Box 5026<br>Buffalo, NY 14205-5026 |

Received 12-27-10 ll

Thank you for your assistance in this matter.

Sincerely yours,

Douglas J. Wolinsky

DJW:ajl

E00980-06383\Doc #20

# 411200 99

**FILED**
**DEC 27 2010**
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Burlington, Vermont ♦ Montpelier, Vermont ♦ St. Johnsbury, Vermont ♦ Littleton, New Hampshire
www.ppeclaw.com